IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE EASTERN COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 05-CV-3566 |
| SINOX COMPANY LTD., FRANZUS | ) | |
| COMPANY LLC, AMERICAN | ) | Judge Gottschall |
| LUGGAGE DEALERS | ) | |
| COOPERATIVE, INC. d/b/a | ) | Magistrate Judge Schenkier |
| AMERICAN LUGGAGE DEALERS | ) | |
| ASSOCIATION, and VOLTAGE | ) | |
| VALET DIVISION, HYBRINETICS | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | | |

## STIPULATION TO DISMISS

Plaintiff The Eastern Company, by and through counsel, and defendants Sinox Company Ltd., Franzus Company LLC, American Luggage Dealers Cooperative, Inc. d/b/a American Luggage Dealers Association, Voltage Valet Division, and Hybrinetics Inc., by and through counsel, having reached a resolution, hereby stipulate to dismiss without prejudice The Eastern Company's Complaint.

A proposed Order is submitted herewith.

CHI-1496216v3

| | |
|---|---|
| THE EASTERN COMPANY | SINOX COMPANY LTD., FRANZUS COMPANY LLC, AMERICAN LUGGAGE DEALERS COOPERATIVE, INC., d/b/a AMERICAN LUGGAGE DEALERS ASSOCIATION, and HYBRINETICS, INC. |
| By: _____ <br> Ronald A. Sandler <br> Marc S. Blackman <br> Kevin P. Ferguson <br> JONES DAY <br> 77 West Wacker <br> Chicago, Illinois 60601 <br> (312) 782-3939 | By: _____ <br> Paul G. Juettner <br> Christopher J. McGeehan <br> GREER, BURNS & CRAIN, LTD. <br> 300 S. Wacker Drive <br> Chicago, Illinois 60606 <br> (312) 360-0080 |
| Attorneys for Plaintiff | Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE EASTERN COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 05-CV-3566 |
| SINOX COMPANY LTD., FRANZUS ) | |
| COMPANY LLC, AMERICAN ) | Judge Gottschall |
| LUGGAGE DEALERS ) | |
| COOPERATIVE, INC. d/b/a ) | Magistrate Judge Schenkier |
| AMERICAN LUGGAGE DEALERS ) | |
| ASSOCIATION, and VOLTAGE ) | |
| VALET DIVISION, HYBRINETICS ) | |
| INC., ) | |
| ) | |
| Defendants. | |

## [PROPOSED] ORDER OF DISMISSAL

WHEREAS, the above-captioned lawsuit is pending before this Court; and

WHEREAS, The Eastern Company, Sinox Company Ltd., Franzus Company LLC, American Luggage Dealers Cooperative, Inc. d/b/a American Luggage Dealers Association, Voltage Valet Division, and Hybrinetics Inc. have settled their disputes and have agreed that the Court may enter this Order Of Dismissal; and

WHEREAS, the Court has considered the pleadings, stipulation and other matters of record and has been advised that a settlement has been reached by all parties.

CHI-1496216v3

IT IS HEREBY ORDERED THAT:

1. The Complaint in this action is hereby dismissed without prejudice; and

2. Except as provided in the Settlement Agreement, each party is to bear its own attorneys' fees, costs and other expenses.


DATED this _____ day of October, 2005.

FOR THE COURT:

_____
United States District Judge Joan B. Gottschall


APPROVED AS TO FORM:

| THE EASTERN COMPANY | SINOX COMPANY LTD., FRANZUS COMPANY LLC, AMERICAN LUGGAGE DEALERS COOPERATIVE, INC., d/b/a AMERICAN LUGGAGE DEALERS ASSOCIATION, and HYBRINETICS, INC. |
|---|---|
| By: *[signature]*<br>Ronald A. Sandler<br>Marc S. Blackman<br>Kevin P. Ferguson<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601<br>(312) 782-3939<br><br>Attorneys for Plaintiff | By: *[signature]*<br>Paul G. Juettner<br>Christopher J. McGeehan<br>GREER, BURNS & CRAIN, LTD.<br>300 S. Wacker Drive<br>Chicago, Illinois 60606<br>(312) 360-0080<br><br>Attorneys for Defendants |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 18, 2005, I electronically filed the foregoing Stipulation to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

        Paul G. Juettner
        Greer, Burns & Crain, Ltd.
        300 S. Wacker Drive
        Chicago, Illinois 60606

_____