

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE EASTERN COMPANY,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>SINOX COMPANY LTD., FRANZUS )<br>COMPANY LLC, AMERICAN  )<br>LUGGAGE DEALERS  )<br>COOPERATIVE, INC. d/b/a  )<br>AMERICAN LUGGAGE DEALERS )<br>ASSOCIATION, and VOLTAGE  )<br>VALET DIVISION, HYBRINETICS )<br>INC.,  )<br>  )<br>  Defendants.  ) | Civil Action No. 05-CV-3566<br><br>Judge Gottschall<br><br>Magistrate Judge Schenkier |

### [PROPOSED] ORDER OF DISMISSAL

WHEREAS, the above-captioned lawsuit is pending before this Court; and

WHEREAS, The Eastern Company, Sinox Company Ltd., Franzus Company LLC, American Luggage Dealers Cooperative, Inc. d/b/a American Luggage Dealers Association, Voltage Valet Division, and Hybrinetics Inc. have settled their disputes and have agreed that the Court may enter this Order Of Dismissal; and

WHEREAS, the Court has considered the pleadings, stipulation and other matters of record and has been advised that a settlement has been reached by all parties.

CHI-1496216v3

IT IS HEREBY ORDERED THAT:

1. The Complaint in this action is hereby dismissed without prejudice; and

2. Except as provided in the Settlement Agreement, each party is to bear its own attorneys' fees, costs and other expenses.

DATED this ___ day of October, 2005.

FOR THE COURT:

_____
United States District Judge Joan B. Gottschall

APPROVED AS TO FORM:

THE EASTERN COMPANY

By: _____
Ronald A. Sandler
Marc S. Blackman
Kevin P. Ferguson
JONES DAY
77 West Wacker
Chicago, Illinois 60601
(312) 782-3939

Attorneys for Plaintiff

SINOX COMPANY LTD., FRANZUS COMPANY LLC, AMERICAN LUGGAGE DEALERS COOPERATIVE, INC., d/b/a AMERICAN LUGGAGE DEALERS ASSOCIATION, and HYBRINETICS, INC.

By: _____
Paul G. Juettner
Christopher J. McGeehan
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive
Chicago, Illinois 60606
(312) 360-0080

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2005, I electronically filed the foregoing Stipulation to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

>Paul G. Juettner
>Greer, Burns & Crain, Ltd.
>300 S. Wacker Drive
>Chicago, Illinois 60606

_____